UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**
ex rel. **RICK DODGE**,

    **Plaintiff,**

v.     Case No. 8:03-cv-65-T-30TGW

**ACS STATE & LOCAL SOLUTIONS, INC. f/k/a LOCKHEED MARTIN IMS CORPORATION,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Attorneys' Fees, Expenses, and Taxable Costs (Dkt. 84), Plaintiff's Response to the same (Dkt. 88), and Defendant's reply (Dkt.94). The Court, having considered the motion, response, memoranda in support, and being otherwise fully advised on the premises, concludes that the motion should be denied.

On April 3, 2009, this Court entered an order dismissing Plaintiff's complaint for lack of subject matter jurisdiction. The Court concluded that under the False Claims Act, 31 U.S.C. §3729 et seq., Plaintiff was not an original source of the publicly disclosed allegations brought forth in the amended complaint. Defendant now requests an award of attorneys' fees, expenses, and taxable costs recoverable under 31 U.S.C. §3730(d)(4) and Federal Rule

of Civil Procedure 54(d). In the instant motion, Defendant requests only that the Court enter an order finding that Defendant is entitled to attorneys' fees and costs.

Title 31 U.S.C. §3730(d)(4) allows the Court, in its discretion, to award attorneys fees and costs to a prevailing defendant if the Court finds that "the claim of the person bringing the action was clearly frivolous, clearly vexatious, or brought primarily for purposes of harassment." Although Defendant received a favorable ruling by this Court, Plaintiff's claims were not clearly frivolous, clearly vexatious, or brought primarily for purposes of harassment. Rather, the decision on the motion to dismiss was a close call for the Court. It required extensive research and analysis on the original source issue.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion for Attorneys' Fees, Expenses, and Taxable Costs (Dkt. 84) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 18, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-65.mot. for atty fees.frm